IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )              4:07CR3020
              Plaintiff,         )
                                 )
       vs.                       )              ORDER
                                 )
ZACHARY EATON,                   )
                                 )
              Defendant.         )
```

      The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel.  After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

      **IT THEREFORE HEREBY IS ORDERED** that Clarence E. Mock, III is appointed as attorney of record for the above-named defendant.

      **IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

      **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and the defendant's attorney.

      DATED January 30, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge